

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE                                                    JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

March 12, 2015

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
\* DELIVERED VIA E-MAIL \*

RE:     Court of Appeals Number:     03-13-00191-CV
        Trial Court Case Number:     D-1-GN-11-003205

Style:  Brigham Exploration Company, Ben M. Brigham, David T. Brigham, Harold D. Carter,
        Stephen P. Reynolds, Stephen C. Hurley, Hobart A. Smith, Scott W. Tinker, Statoil
        ASA, and Fargo Acquisition, Inc.
        v. Raymond Boytim, et al., Individually and on Behalf of Others Similarly Situated

Dear Honorable Velva L. Price:

        The Third Court of Appeals has issued the mandate in this cause.  Therefore, I am returning
the following original exhibits:

        Order Sealing Documents and DVD of Deposition Excerpts.

                                        Very truly yours,

                                        Jeffrey D. Kyle, Clerk

Filed in The District Court
of Travis County, Texas

MAR 1 2 2015

At_____M.
Velva L. Price, District Clerk